# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | | |
|---|---|---|
| Yiting Zhao | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    3-15-CV-861 |
| Chase Fakes, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

James D. Cruce & Deborah Kay Alvey, Co-Administrators of the Estates of Michael Cruce and Monica Cru .

Date:    09/08/2015

/s/ Gary M. Kellar
*Attorney's signature*

Gary M. Kellar, #016170
*Printed name and bar number*

Spicer Rudstrom, PLLC.
414 Union Street, Suite 1700
Nashville, TN 37219

*Address*

gkellar@spicerfirm.com
*E-mail address*

(615) 425-7365
*Telephone number*

(615) 259-1522
*FAX number*